BESSIE HORNE, Appellant, *v.* AUGUSTUS S. HOUGHTON, Respondent.

(Submitted January 11, 1934; decided February 27, 1934.)

*Henry C. Burnstine* for appellant.

*Woolsey A. Shepard* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.